Carolyn Casterline
103 Bay Court
Aransas Pass TX 78336
361 585-6175

Clerk, U.S. District Court
Southern District of Texas
FILED

JUL 12 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Carolyn Casterline

Plaintiff,

vs.

IndyMac/One West

Defendant

Case 10-210

**ORIGINAL PETITION**

Date: 7/8/10

**INTERESTED PARTIES**

In response to the court's request for a list of interested parties, Plaintiff notices the court that plaintiff is unaware of other interested parties. The problem with interested parties is part of the claim in the suit. Defendant has claimed agency and, thereby, must be an interested party. All other interested parties should be listed in the public record of the court, but since Defendants have failed to follow the law requiring all sales of the security instrument, which is the source document over which this suit is filed, has not been properly filed with the clerk of the county court, Plaintiff is unaware of other potential interested parties. Plaintiff will supplement subsequent to discovery.

Respectfully submitted,

*Carolyn Casterline*

Carolyn Casterline