UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CAROLYN CASTERLINE,<br>    Plaintiff | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 2:10-CV-00210 |
| | § | |
| INDYMAC/ONE WEST,<br>    Defendant | §<br>§<br>§ | |

### DESIGNATION OF CATHERINE L. HANNA AS LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, IndyMac/One West, Defendant in the above-styled and numbered cause and designates Catherine L. Hanna as lead counsel.

Catherine L. Hanna will be responsible for the case and shall be the attorney to receive all communications from the court and other parties.

Notice of this designation has been provided to all other parties, as required by Texas Rule of Civil Procedure 21a.

                                                           Respectfully submitted,

                                                           HANNA & PLAUT, L.L.P.
                                                           211 East Seventh Street, Suite 600
                                                           Austin, Texas 78701
                                                           Telephone:   (512) 472-7700
                                                           Facsimile:    (512) 472-0205

                                                           By:   */s/ Catherine L. Hanna*
                                                                    Catherine L. Hanna
                                                                    State Bar No. 08918280
                                                                    Southern District ID: 13577
                                                                    Attorney In Charge
                                                                    David L. Plaut
                                                                    State Bar No. 16066030
                                                                    Southern District ID: 13353

Kevin J. Franta
State Bar No. 24027319
Southern District ID: 28312

ATTORNEYS FOR INDYMAC/ONE WEST

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2010, a true and correct copy of the foregoing document was filed via the Court's ECF system pursuant to LR5.1 and served on Carolyn Casterline via certified mail, return receipt requested.

***Via CMRRR***
Carolyn Casterline
103 Bay Court
Aransas Pass, Texas 78336

/s/ *Catherine L. Hanna*
Catherine L. Hanna